422 A.2d 697

Commonwealth v. Murphy, Appellant.

Submitted March 22, 1979.   James Cunilio, for appellant;   Eric J. Cox, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, SPAETH and LIPEZ, JJ.

Judgment of sentence of the lower court is hereby affirmed.

422 A.2d 698

Commonwealth v. White, Appellant.

Submitted March 20, 1978.   S. David Fineman, for appellant;   Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Before JACOBS, P. J., and HOFFMAN, CERCONE, PRICE, VAN der VOORT, SPAETH and HESTER, JJ.

Judgment of sentence affirmed.

HOFFMAN, J., filed a memorandum dissenting opinion.

JACOBS, former P. J., did not participate in the consideration of decision of this case.